IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO. _____

D.A.M. et al,

          Petitioners,

v.

WILLIAM BARR, Attorney General
of the United States of America; and
CHAD WOLF, Acting Secretary,
Department of Homeland Security,

          Respondents.

**DECLARATION OF BRIDGET CAMBRIA**

**DECLARATION OF BRIDGET CAMBRIA, ESQ.**

I, Bridget Cambria, declare and say as follows:

1. My name is Bridget Cambria, Esq. and I am an attorney licensed to practice in the State of Pennsylvania since May of 2007. This declaration describes my experiences and observations working with clients detained in an ICE family residential center, including detention practices and conditions and, in particular, issues concerning the detention of parents and children in the Berks Family Residential Center during the COVID-19 pandemic, their concerns about contracting a life-threatening illness in detention and the conditions of detention which threaten the lives of the families in immigration family detention in Pennsylvania.

2. For more than 12 years, I have exclusively practiced immigration law, working with children, families and adults, both in the detained and non-detained settings. In my practice, I have represented immigrants, children and families before Immigration Courts nationwide, the Board of Immigration Appeals, Federal District Courts and the Third Circuit Court of Appeals. I am a graduate of the Roger Williams School of Law, where my studies focused on immigration and public interest law. Prior to law school, on or about 2002, I was employed by the County of Berks as a staff member at the Berks County Residential Center (hereinafter "BCRC.)

3. Currently, I am an attorney with, and the Executive Director of, Aldea – The People's Justice Center ("Aldea"), a non-profit located in Reading, Pennsylvania in the County of Berks. Our organization, Aldea, offers universal representation to families detained at the Berks County Residential Center in Leesport, Pennsylvania. In the last five years, we have represented more than one thousand parents and children who have been detained in family detention in the BCRC.

4. In the course of employment, I have regular occasion to observe, and therefore am familiar with, the policies and practices of United States Immigration and Customs Enforcement ("ICE") toward the detention, release, removal and treatment of children and parents in family detention generally and the Berks County Residential Center.

5. The Berks County Residential Center ("BCRC") is a family detention facility in Leesport, Pennsylvania housing immigrant families. Primarily, the families who are brought to the detention center are seeking asylum in the United States. Each family currently detained has a close family member living in the United States who is willing to receive each family member, today.

6. As of this writing, Aldea represents every family who remains in the BCRC during COVID-19, consisting of five asylum seeking immigrant families. Four of those families are subject to imminent removal which places their lives at risk for COVID-19 and are Plaintiffs in the instant matter. These families were proposed plaintiffs in the action *M.M.V. et a. v. Barr et al.*, Case No. 19-cv-2773 (D.D.C.) (Judge Amy Berman Jackson). They are petitioners in the Petition for Writ of Habeas Corpus seeking a

stay of deportation in the COVID-19 pandemic. The remaining family is presently subject to a stay of removal issued by the San Antonio Immigration Court.

7. Currently in the BCRC are a family from Ecuador with a five-year-old daughter, a Mexican family with a one-year-old daughter, a Haitian family with a one-year-old daughter, a Haitian family with an 11-year-old daughter and a three-year-old daughter, a Haitian family with a two-year-old daughter, and a Haitian family with a seven-year-old son.

8. Each of the detained families fear return to their countries of origin. Additionally, each of the families have expressed a fear of contracting COVID-19. If removed, each family will be subjected to conditions which will increase their likelihood of contracting COVID-19 themselves and putting their immediate life at risk both in transit and upon removal to countries with insufficient healthcare services.

9. Further, their removal may contribute to the spread of COVID-19 to countries outside the United States whom are unable to provide proper medical and social services. Their removal from the United States will make them targets of community and governmental actors given the prevalence of COVID-19 in the United States.

10. A deportation from the BCRC requires the use of public transportation and transfer between vehicle travel, air travel, possibly hotels, and comingling with other detainees from other detention centers including both adults and children.

11. Families are removed from the BCRC without notice to the clients or counsel. They are transported by ground and air transportation with ICE officers assigned to transportation. Previously families were transported to an airport in New York for removal, however, more recently our families are transferred from Pennsylvania to the southern United States for arranged removal flights. Each of these points, families are intermixed with other detainees and other government employees and contractors in the process of removal. ICE officers accompany parents and children throughout the transfer process up until the removal flight.

12. Families often have layovers with commercial airlines and stops in route to the removal flight. Often, the travel takes more than one full day. Often, we are advised that the final removal flight occurs in Texas or Louisiana.

13. For those families who are from Mexico, they are normally brought to a border crossing point via ground transportation after their travel within the United States. During ground transportation families are transported by ICE officials and are intermixed with other detainees.

14. For countries where air travel is required, deportation flights are normally by ICE Air or other contracted services with many detainees from different detention facilities comingled on these flights. We have also heard of deportations being executed by commercial airline, but that is not the norm.

15. Flights of detainees from the United States to other countries have been made with COVID-19 infected individuals intermixed with other detainees. [1]

16. The families detained at the BCRC are from Ecuador, Haiti and Mexico.

17. As of this date Mexico has 49,219 COVID-19 cases and 5,177 deaths due to COVID-19. Out of the cases with an outcome, 13 percent of cases have resulted in death. See https://www.worldometers.info/coronavirus/country/mexico/.

18. As of this date Ecuador has 33,182 COVID-19 cases and 2,736 deaths due to COVID-19. https://www.worldometers.info/coronavirus/country/ecuador/.

19. As of this date Haiti has documented 456 COVID-19 Cases and 20 deaths. https://www.worldometers.info/coronavirus/country/haiti/.

20. The families continue to express their fear of contracting COVID-19 as a result of the detention and removal process. They fear for themselves as parents and the lasting effects that such an infection might have on their very young children. The majority are infants.

21. This morning, on information and belief, one Mexican family from Berks, a mother, father and 1 year old child were removed from the Berks facility. We are concerned they are being removed to Mexico unsafely and are at risk of harm if deported.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. ¶ 1746.

Executed this 18th day of May, 2020 in Reading, Pennsylvania.

Bridget Cambria, Esq.

---

[1] See "Mexico: 14 migrants get COVID-19 after US deports man with virus. Al Jazeera. April 20, 2020. https://www.aljazeera.com/news/2020/04/mexico-14-migrants-covid-19-deports-man-virus-200420201837633.html; "Exporting coronavirus? Infections among U.S. deportees reach Haiti, Mexico." Reuters. April 20, 2020. https://www.reuters.com/article/us-health-coronavirus-usa-deportees/exporting-coronavirus-infections-among-u-s-deportees-reach-haiti-mexico-idUSKBN22305K; "'Exporting the virus': Migrants deported by U.S. make up 20% of Guatemala's coronavirus cases. CBS News. April 27, 2020. https://www.cbsnews.com/news/deported-migrants-guatemala-coronavirus-cases/